### 36052. BURKHALTER *v*. DURRENCE.

QUILLIAN, J. When counsel goes to trial without the presence of the defendant, but makes no motion for a continuance and does not suggest his desire to have his client present at the trial, it will not require the granting of a new trial. This is true even though the defendant contends he possesses evidence which would have brought the trial to a different conclusion. "There is full power on the part of the counsel to represent the client, and it is just the same as if the client were there in person."

*Williams* v. *Simmons,* 79 *Ga.* 649, 654 (7 S. E. 133). The trial judge did not err in overruling the motion for a new trial. *Denmond* v. *Hillyer,* 129 *Ga.* 698 (59 S. E. 806); *McAnally* v. *Bank of Abbeville,* 22 *Ga. App.* 178 (95 S. E. 737).

*Judgment affirmed. Nichols, J., concurs. Felton, C. J., concurs in the judgment.*

DECIDED FEBRUARY 15, 1956.

*H. H. Elders,* for plaintiff in error.

*J. Max Cheney,* contra.